### Robert L. PRITCHARD et al., Appellants, v. MAYTAG COMPANY et al.
### No. 10830.

Circuit Court of Appeals, Eighth Circuit.
April 26, 1937.

Joe M. Johnston and N. D. Shinn, both of Knoxville, Iowa, Humphrey Barton, of St. Paul, Minn., and R. M. Uhl, of Mitchellville, Iowa, for appellants.

Tim J. Campbell, of Newton, Iowa, for appellees.

PER CURIAM.

Appeal dismissed, with costs, on motion of appellees.

### Max REE, Appellant, v. UNITED STATES of America, Appellee.

Circuit Court of Appeals, Ninth Circuit.
May 27, 1937.

David Schwartz, of Los Angeles, Cal., for appellant.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal., for the United States.

Before GARRECHT, DENMAN, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issued forthwith.

### RENOWN STOVE COMPANY, Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.
### No. 7464.

Circuit Court of Appeals, Sixth Circuit.
June 2, 1937.

Petition to Set Aside Respondent's Order.

Seth Q. Pulver, of Owosso, Mich., for petitioner.

Charles Fahy, of Washington, D. C., for respondent.

Before HICKS, MACK, and SIMONS, Circuit Judges.

SIMONS, Circuit Judge.

Upon a petition to set aside an order of the respondent and for injunction, it appearing from the record in the said proceedings that the petitioner in its relation to its employees is subject to regulation by Congress under the Commerce Clause of the Constitution of the United States, and that in this respect the manufacturing business of the said petitioner in its relation to commerce among the several states differs in no material respect from that of the employers appearing as petitioners in the case of National Labor Relations Board v. Jones & Laughlin Steel Corporation, 57 S.Ct. 615, 81 L.Ed. ——, in the case of National Labor Relations Board v. Friedman-Marks Clothing Co., 57 S.Ct. 645, 81 L.Ed. ——, and in the case of National Labor Relations Board v. Fruehauf Trailer Co., 57 S.Ct. 642, 81 L.Ed. ——, all decided by the Supreme Court on April 12, 1937, and differing in no material respects from the employer in Frank H. Bowen, et al. v. James Vernor Co., 89 F.(2d) 968, decided by this court May 13, 1937; it is hereby ordered that the motion for injunction be denied and the petition in the above cause dismissed.